In the Matter of KIMALIN JONES et al., Appellants, v NIAGARA FALLS HOUSING AUTHORITY et al., Respondents.

Submitted November 17, 2008; decided January 15, 2009

Motion for leave to appeal denied. Motion for a stay dismissed as academic. Motion for poor person relief dismissed as academic.

JAMES E. KELLEY et al., Respondents, v MARGARET ZAVALIDROGA, Appellant.

Submitted November 10, 2008; decided January 15, 2009

Motion for leave to appeal etc. dismissed upon the ground that the Court of Appeals does not have jurisdiction to entertain it (*see* NY Const, art VI, § 3 [b]; CPLR 5602).

JAMES E. KELLEY et al., Respondents, v MARGARET ZAVALIDROGA, Appellant.

Submitted December 22, 2008; decided January 15, 2009

Motion for leave to appeal etc. dismissed upon the ground that the Court of Appeals does not have jurisdiction to entertain it (*see* NY Const, art VI, § 3 [b]; CPLR 5602).

In the Matter of JAYE MILLER, Appellant, v RICHARD SHAW, Respondent.

Submitted November 17, 2008; decided January 15, 2009

Motion for reargument of motion for leave to appeal denied [*see* 11 NY3d 706 (2008)].

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v JAMES KADARKO, Respondent.

Submitted January 12, 2009; decided January 15, 2009